AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 2:22-MJ-02974 | Date and time warrant executed: August 3, 2022 10:00 a.m. | Copy of warrant and inventory left with: Trevor Jacob |
|---|---|---|
| Inventory made in the presence of : | Special Agent Corry Noel | |

Inventory of the property taken and name of any person(s) seized:

Space gray iPhone 12 Pro with case

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: September 21, 2022

*Executing officer's signature*

Cristina Jones, Special Agent
*Printed name and title*