E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
DOMINIQUE CAAMANO (Cal. Bar No. 301810)
Assistant United States Attorney
Environmental and Community Safety Crimes Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0492
    Facsimile: (213) 894-0141
    Email:     Dominique.caamano@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A Space Gray iPhone 12 Pro with Case (the "SUBJECT DEVICE"), as described in the Warrant Return | No. 2:22-mj-02974-DUTY<br><br>GOVERNMENT'S *EX PARTE* APPLICATION FOR FIRST EXTENSION OF TIME WITHIN WHICH TO RETAIN AND SEARCH DIGITAL DEVICE; DECLARATION OF DOMINIQUE CAAMANO |

The United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Dominique Caamano, hereby applies for an order extending by 120 days the time within which the government may retain and search digital devices seized pursuant to a federal search warrant.

//

//

//

//

This application is based on the attached declaration of Dominique Caamano and the files and records of this case, including the underlying search warrant, the affidavit in support thereof, and the search warrant return.

November 21, 2022

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division


*/s/ Dominique Caamano*
DOMINIQUE CAAMANO
Assistant United States Attorney

Attorneys for Applicant
UNITED STATES OF AMERICA

**DECLARATION OF DOMINIQUE CAAMANO**

I, Dominique Caamano, hereby declare and state:

1. I am an Assistant United States Attorney assigned to this investigation for the United States Attorney's Office for the Central District of California.

    a. This declaration is made in support of a request for an order permitting the government to retain and search, pursuant to the terms of the original warrant in this matter, for an additional 120 days, the following digital device seized pursuant to the warrant described below: a space gray iPhone 12 Pro with case (the "SUBJECT DEVICE").[1]

2. On August 1, 2022, Special Agent Cristina Jones of the Department of Transportation obtained a federal search warrant issued by the Honorable Steve Kim, United States Magistrate Judge. The warrant, which is incorporated herein by reference, authorized the search of the SUBJECT DEVICE for a period of 120 days for evidence of violations of Title 18, United States Code, Sections 32 (destruction of aircraft or aircraft facilities), 1001 (false statement), 1505 (obstruction of proceedings before departments, agencies, and committees), and Title 49, United States Code, Section 1155(b) (aviation penalties).

---

[1] In the search warrant, the SUBEJCT DEVICE was described as bearing IMEI number 3509058239557400. However, as the government understands from an analyst at the Department of Transportation, the IMEI number is only the first fourteen digits and the last two digits are dynamic numbers that change at various points in time per the carrier. Although the government is in possession of the correct device with the accurate IMEI, it is disclosing this distinction out of an abundance of caution.

3. Based on information provided to me by agents assigned to this matter, I understand that on August 3, 2022, SA Jones executed the warrant and seized the SUBJECT DEVICE.

4. This is the first request for an extension. The deadline by which the government must complete its review of the SUBJECT DEVICE is December 1, 2022.

5. Based on information provided to me by SA Jones, I understand that on August 3, 2022, a Department of Transportation Data Analytics and Computer Crimes Special Agent took possession of the SUBJECT DEVICE to obtain a full forensic image of its contents. The SUBJECT DEVICE was then transferred to DOJ OIG for further analysis. On August 23, 2022, DOJ OIG provided a report for the SUBJECT DEVICE. However, DOJ OIG was unable to extract content from the SUBJECT DEVICE. On September 13, 2022, SA Jones learned that after DOJ OIG was unable to extract data, the Department of Transportation Data Analytics and Computer Crimes unit attempted to extract data from the SUBJECT DEVICE. However, that unit was also unsuccessful. SA Jones continues to seek other avenues for obtaining a forensic image of the SUBJECT DEVICE.

6. For the following reasons, the government is requesting an additional 120 days to complete its review of the SUBJECT DEVICE:

   a. The Department of Transportation has so far been unable to unlock the SUBJECT DEVICE, and therefore extraction results from the SUBJECT DEVICE have not yet been obtained. SA Jones and the Department of Transportation are diligently working on attempting to unlock the SUBJECT DEVICE and need additional time to try to unlock, extract, and review its contents.

b. The forensic review of digital devices is time consuming. Agents cannot simply turn on computers and review their contents because merely turning on a computer and reviewing its contents changes the data on the computer. Specialized computer software is therefore needed to ensure that evidence remains in a pristine and usable condition and is not affected by the review process. The review also must be conducted by agents who have received specialized training to ensure that the review is done thoroughly and in a forensically sound fashion. This process takes substantial time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: November 21, 2022

*/s/ Dominique Caamano*

DOMINIQUE CAAMANO