E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
DOMINIQUE CAAMANO (Cal. Bar No. 301810)
Assistant United States Attorney
Environmental and Community Safety Crimes Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0492
     Facsimile: (213) 894-0141
     Email:    Dominique.caamano@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A space gray iPhone 12 Pro with case, as described in the Warrant Return | No. 2:22-mj-02974-DUTY <br><br> [PROPOSED] ORDER ALLOWING EXTENSION OF TIME WITHIN WHICH TO RETAIN AND SEARCH DIGITAL DEVICE |

     For good cause shown, IT IS HEREBY ORDERED that the government may retain and search, pursuant to the terms of the original warrant in this matter, for an additional 120 days to and including, the

//
//
//
//
//
//
//

content of the following digital device: a space gray iPhone 12 Pro with case (the "SUBJECT DEVICE").

_____  _____
 DATE                                    HONORABLE ALKA SAGAR
                                         UNITED STATES MAGISTRATE JUDGE

Presented by:

      /s/
_____
 DOMINIQUE CAAMANO
 Assistant United States Attorney