**FILED**
**CLERK, U.S. DISTRICT COURT**

November 21, 2022

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____CD_____ DEPUTY

1 | E. MARTIN ESTRADA
United States Attorney
2 | SCOTT M. GARRINGER
Assistant United States Attorney
3 | Chief, Criminal Division
DOMINIQUE CAAMANO (Cal. Bar No. 301810)
4 | Assistant United States Attorney
Environmental and Community Safety Crimes Section
5 |     1300 United States Courthouse
    312 North Spring Street
6 |     Los Angeles, California 90012
    Telephone: (213) 894-0492
7 |     Facsimile: (213) 894-0141
    Email:    Dominique.caamano@usdoj.gov
8 |
Attorneys for Applicant
9 | UNITED STATES OF AMERICA

10 | UNITED STATES DISTRICT COURT

11 | FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 | A space gray iPhone 12 Pro with case, as described in the Warrant Return

No. 2:22-mj-02974-DUTY

ORDER ALLOWING <u>EXTENSION OF TIME WITHIN WHICH TO RETAIN AND SEARCH DIGITAL DEVICE</u>

    For good cause shown, IT IS HEREBY ORDERED that the government may retain and search, pursuant to the terms of the original warrant in this matter, for an additional 120 days to and including, the

//
//
//
//
//
//
//

content of the following digital device: a space gray iPhone 12 Pro with case (the "SUBJECT DEVICE").

November 21, 2022
DATE

HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/
DOMINIQUE CAAMANO
Assistant United States Attorney